UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ALBERT LUTHER JEFFCOAT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV405-210 |
| STATE OF GEORGIA, JOHN R. TURNER, RICHARD MALLARD, JIMMY McDUFFIE, KEITH McINTYRE, LARRY CARROLL, TOM MURPHY, and HILDA PARTRIDGE, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 8 day of June, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA